IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

TOMMY THOMPSON                                                            PLAINTIFF

VS.                                                      CIVIL ACTION NO. 1:06cv250-SA

REGION VII MENTAL HEALTH
MENTAL RETARDATION COMMISSION
d/b/a COMMUNITY COUNSELING
SERVICES and JACKIE EDWARDS                                              DEFENDANTS

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come on the joint motion of the plaintiff, Tommy Thompson and the defendants Region VII Mental Health Mental Retardation Commission d/b/a Community Counseling Services and Jackie Edwards to dismiss this cause of action with prejudice, and the Court, having considered the same and being fully advised in the premises, finds the said motion is well-taken and shall be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this civil action be and the same is hereby dismissed with prejudice with the parties to bear their own costs.

SO ORDERED, this the 13th day of June, 2008.

                                                **/s/ Sharion Aycock**
                                                **U.S. DISTRICT COURT JUDGE**